AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Clifton Rogers,<br>*Plaintiff*<br>v.<br><br>Jeff Johnson; Lynette Patton; Christopher Neil,<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    1:20-cv-04426-HMH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Clifton Rogers, shall take nothing of the defendants, Jeff Johnson, Lynette Patton and Christopher Neil and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:    February 9, 2021                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                        s/L. Baker

                                                                        *Signature of Clerk or Deputy Clerk*